No. 10–7665. GRIFFIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–7668. FELDHACKER v. BAKEWELL, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–7669. FLACK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7670. GRAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7672. DAVIS v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 10–7677. SALEH v. DAVIS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–7679. BENNETT v. HICKEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7680. LLOYD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7682. MARZZARELLA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7685. SALINAS BAUTISTA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7686. MALLOY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7687. MATOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7689. SHELBY v. QUINN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–7691. MENDOZA ZALDIVAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7694. VASQUEZ-MARTINEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–7697. VAZQUEZ-HERNANDEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.